Randall Knox, State Bar No. 113166
870 Market Street, Suite 1152
San Francisco, CA 94102
Tel: (415) 765-7500
Fax: (415) 765-7501
Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, and on behalf of the ESTATE OF ANDRE MAURICE BROWN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE CHIEF HEATHER FONG, SAN FRANCISCO FIRE CHIEF JOANNE HAYES-WHITE, AND DOES 1-50. <br><br> Defendants. | Case No. C 05-04812 <br><br> **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> **AND ORDER THEREON** |

Because the defendants were served only today, March 22, 2006, counsel for plaintiffs is requesting that the Case Management Conference be reset for Wednesday June 21, 2006, with the Case Management Statement due Wednesday, June 14, 2006 and the last day for ADR selection June 1, 2006.

Respectfully submitted,

Dated: March 22, 2006      _____/s/_____

Randall G. Knox
Attorney for Plaintiffs

1

Complaint For Damages (Jury Trial Demanded)

## **ORDER**

Good cause appearing, the Court hereby CONTINUES the Case Management Conference to June 22, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All other dates shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: March 22, 2006                    /s/ Maria-Elena James    .
                                         Maria-Elena James
                                         United States Magistrate Judge

2

Complaint For Damages (Jury Trial Demanded)