IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendant(s). | No. C 05-4812 MEJ <br><br> **ORDER RE: NOTICED DEPOSITIONS** |

The Court is in receipt of the parties joint discovery dispute letter, filed March 5, 2007. (Doc. #15.) Upon review of the letter, the Court ORDERS as follows:

1) All depositions addressed in the letter, except for those plaintiffs that dismiss their claims, shall take place within 30 days from the conclusion date of the San Francisco Superior Court trial in which Plaintiffs' counsel, Randall Knox, is currently assigned; and

2) Failure to complete the depositions within this time may result in sanctions, including preclusion of testimony from those plaintiffs that failed to appear for deposition.

**IT IS SO ORDERED.**

Dated: March 7, 2007

MARIA-ELENA JAMES
United States Magistrate Judge