IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al.,<br><br>     Plaintiff(s),<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>     Defendant(s). | No. C 05-4812 MEJ<br><br>**ORDER RE: DEFENDANTS' WRITTEN DISCOVERY REQUESTS** |

The Court is in receipt of the parties joint discovery dispute letter, filed March 5, 2007. (Doc. #16.) Upon review of the letter, the Court ORDERS Plaintiffs, excluding those who have been dismissed, to respond to all written discovery requests addressed in the letter within 30 days from the date of this Order. Failure to timely respond may result in the imposition of preclusion sanctions.

**IT IS SO ORDERED.**

Dated: March 7, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge