IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendant(s). | No. C 05-4812 MEJ <br><br> **ORDER RE: PRETRIAL AND TRIAL DATES** |

This matter currently has a March 22, 2007 deadline for filing of dispositive motions. However, given the parties' recent discovery dispute filings, it appears that the pretrial and trial dates may need to be continued. Accordingly, the Court requests that each party file a status statement by March 12, 2007. In their statements the parties shall state whether they wish to continue the scheduled dates and their reasons in support of their request.

**IT IS SO ORDERED.**

Dated: March 7, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge