DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3861
Facsimile: (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

RANDALL KNOX, State Bar #113166
870 Market Street, Suite 1152
San Francisco, California 94102
Telephone: (415) 765-7500
Facsimile: (415) 765-7501

Attorneys for PLAINTIFFS LISA MONIQUE JUSTIN et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. C05 4812 MEJ<br><br>**JOINT STIPULATION RE CONTINUANCE OF PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER**<br><br>Trial Date: 8/27/07 |

Joint Stipulation and Order
USDC No.:05-4812 MEJ

1

n:\lit\li2006\060031\00014249.doc

WHEREAS, pursuant to the Court's Order, dispositive motions must be filed on March 22, 2007, opposed on April 5, 2007 and heard on April 26, 2007;

WHEREAS, Plaintiffs counsel Randall Knox, Esq. is currently in trial in the case of *People v. Fallay*, San Francisco Superior Court Case No. 198118;

WHEREAS, trial in *People v. Fallay* is not expected to conclude until approximately the end of April 2007;

WHEREAS, the current schedule in this case would require Plaintiffs to oppose the Defendants' summary judgment motion while Plaintiffs' counsel is still in trial in *People v. Fallay*;

WHEREAS, the parties accordingly agree that there is good cause to continue the dispositive motion filing date to a date after the anticipated conclusion of *People v. Fallay*, which also necessitates a continuance of the other pretrial and trial dates in this matter;

Accordingly, the parties stipulate to, and hereby request a continuance of the pretrial and trial dates in this matter as follows:

| DATE | CURRENT | PROPOSED |
| --- | --- | --- |
| Dispositive Motion Filing Cut-Off | March 22, 2007 | May 10, 2007 |
| Opposition Deadline | April 5, 2007 | May 24, 2007 |
| Reply Deadline | April 12, 2007 | May 31, 2007 |
| Dispositive Motion Hearing Date | April 27, 2007 | June 14, 2007 (at 10:00 a.m.) |
| Last day to meet and confer re pretrial filings (per ¶J.1 of Case Management Order) | June 28, 2007 | August 30, 2007 |
| Last day to file and serve FRCP 26(a)(3) documents and pretrial statement (per ¶J.2 of Case Management Order) | July 11, 2007 | September 12, 2007 |
| Last day to file Motions in Limine | July 11, 2007 | September 12, 2007 |
| Last day to file Oppositions to Motions in Limine | July 18, 2007 | September 19, 2007 |
| Pretrial Conference | July 26, 2007 | September 27, 2007 at 10:00 a.m. |
| Last day to file:<br>Trial briefs<br>Joint Voir Dire<br>Joint Jury Instructions<br>Verdict Forms | July 27, 2007 | September 28, 2007 |

| | | |
|---|---|---|
| Final Pretrial Conference | August 23, 2007 | October 25, 2007 at 10:00 a.m. |
| JURY TRIAL (seven days) | August 27, 2007 | October 29, 2007 at 1:30-5:00 p.m., Mon-Thurs. |

**IT IS SO STIPULATED:**

Dated:  March 12, 2007

                                      DENNIS J. HERRERA
                                      City Attorney
                                      JOANNE HOEPER
                                      Chief Trial Attorney
                                      BLAKE P. LOEBS
                                      KIMBERLY A. BLISS
                                      Deputy City Attorneys


                            By:_____/s/_____
                                  KIMBERLY A. BLISS
                                  Attorneys for Defendants CITY AND COUNTY OF
                                  SAN FRANCISCO et al.

Dated:  March 12, 2007

                                      RANDALL KNOX, ESQ.


                            By:_____/s/_____
                                  RANDALL KNOX, ESQ.
                                  Attorneys for Plaintiffs LISA MONIQUE JUSTIN et al.

### [PROPOSED] ORDER

Based on the Stipulation of the parties and good cause appearing therefore, the pretrial and trial dates in this matter are continued as follows:

| DATE | DEADLINE |
|---|---|
| Dispositive Motion Filing Cut-Off | ~~May 10, 2007~~ September 13, 2007 |
| Opposition Deadline | ~~May 24, 2007~~ September 27, 2007 |
| Reply Deadline | ~~May 31, 2007~~ October 4, 2007 |
| Dispositive Motion Hearing Date | ~~June 14, 2007~~ (at 10:00 a.m.) October 18, 2007 |
| Last day to meet and confer re pretrial filings (per ¶J.1 of Case Management Order) | ~~August 30, 2007~~ 12/21/2007 |
| Last day to file and serve FRCP 26(a)(3) documents and pretrial statement (per ¶J.2 of Case Management Order) | ~~September 12, 2007~~ 1/3/2008 |
| Last day to file Motions in Limine | ~~September 12, 2007~~ 1/3/2008 |
| Last day to file Oppositions to Motions in Limine | ~~September 19, 2007~~ 1/10/2008 |
| Pretrial Conference | ~~September 27, 2007 at 10:00 a.m.~~ January 17, 2008 |
| Last day to file:<br>Trial briefs<br>Joint Voir Dire<br>Joint Jury Instructions<br>Verdict Forms | ~~September 28, 2007~~<br><br>January 18, 2008 |
| Final Pretrial Conference | ~~October 25, 2007 at 10:00 a.m.~~ February 14, 2008 |
| JURY TRIAL (seven days) | ~~October 29, 2007~~ at 1:30-5:00 p.m., Mon-Thurs. February 19, 2008 |

**IT IS SO ORDERED.**

Dated: March 13, 2007



ENA JAMES
ge
Judge Maria-Elena James

Joint Stipulation and Order
USDC No.:05-4812 MEJ

4

pa\lit\li2006\060031\00014249.doc