IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al.,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendant(s).<br>_____/ | No. C 05-4812 MEJ<br><br>**ORDER RE: FURTHER SETTLEMENT CONFERENCE** |

      This matter currently has a September 13, 2007 deadline for filing of dispositive motions. Given the continuances in this case since the settlement conference before Magistrate Judge Brazil in February, the Court finds that this case might benefit from a further settlement conference prior to the filing of dispositive motions. Accordingly, the Court requests that the parties file a joint status statement by August 28, 2007. In their statements the parties shall each state whether they feel it would be beneficial to attend a further settlement conference, either with Magistrate Judge Brazil or another magistrate judge.

      **IT IS SO ORDERED.**

Dated: August 17, 2007

                                                        MARIA-ELENA JAMES<br>
                                                        United States Magistrate Judge