IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al.,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendant(s). | No. C 05-4812 MEJ<br><br>**ORDER VACATING OCTOBER 18, 2007 SUMMARY JUDGMENT HEARING**<br><br>**ORDER TO SHOW CAUSE** |

This matter is currently on the Court's October 18, 2007 calendar for a hearing on Defendants' summary judgment motion. However, Plaintiff has not filed an opposition. Accordingly, the Court VACATES the October 18 hearing. The Court ORDERS Plaintiff to show cause why sanctions should not be imposed, including granting Defendants' motion, for failure to file an opposition pursuant to Civil Local Rule 7. Plaintiff shall file a declaration by October 11, 2007, and the Court shall conduct a hearing on October 18, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 3, 2007

                                                     MARIA-ELENA JAMES<br>                                                     United States Magistrate Judge