IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendant(s). | No. C 05-4812 MEJ <br><br> **ORDER VACATING ORDER TO SHOW CAUSE** <br><br> **ORDER RE: SUMMARY JUDGMENT BRIEFING AND HEARING** |

On October 3, 2007, the Court ordered Plaintiff to show cause why sanctions should not be imposed, including granting Defendants' summary judgment motion, for failure to file an opposition pursuant to Civil Local Rule 7. On October 11, 2007, Plaintiff filed a responsive declaration. Upon review of the declaration, the Court VACATES the OSC and October 18, 2007 scheduled hearing. Good cause appearing, the Court GRANTS Plaintiff's counsel's request for a thirty-day extension to file an opposition. Plaintiff shall e-file (and provide a chambers copy by the next business day) any opposition by November 15, 2007. Defendants shall have until November 29 to file a reply, and the Court shall conduct a hearing on December 13, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: October 16, 2007

MARIA-ELENA JAMES
United States Magistrate Judge