IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendant(s). | No. C 05-4812 MEJ <br><br> **ORDER CONTINUING HEARING RE: PLAINTIFF'S MOTION FOR RELIEF FROM PRETRIAL SCHEDULING ORDER** <br><br> **ORDER VACATING SUMMARY JUDGMENT HEARING** |

Pending before the Court is Plaintiff's Motion for Relief from Pretrial Scheduling Order. (Doc. #40.) The Court hereby CONTINUES the hearing on Plaintiff's motion to January 31, 2008 at 10:00 a.m. in Courtroom B. Further, the hearing on Defendants' summary judgment motion (Doc. #31) is VACATED pending resolution of Plaintiff's scheduling motion.

**IT IS SO ORDERED.**

Dated: January 4, 2008

MARIA-ELENA JAMES
United States Magistrate Judge