IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al.,<br><br>    Plaintiff(s),<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendant(s). | No. C 05-4812 MEJ<br><br>**ORDER CONTINUING HEARING RE: PLAINTIFF'S MOTION FOR RELIEF FROM PRETRIAL SCHEDULING ORDER** |

Pending before the Court is Plaintiff's Motion for Relief from Pretrial Scheduling Order. The Court hereby CONTINUES the hearing on Plaintiff's motion to February 25, 2008 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: February 4, 2008

                                                MARIA-ELENA JAMES
                                                United States Magistrate Judge