IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendant(s). | No. C 05-4812 MEJ <br><br> **ORDER RE: PLAINTIFFS' EXHIBITS** |

On March 20, 2008, Plaintiffs filed an Opposition to Defendants' pending summary judgment motion. (Doc. #51.)  Although the opposition references certain exhibits, there are no exhibits attached.  Accordingly, by April 9, 2008, Plaintiffs shall file the exhibits, ensuring their proper authentication.  Plaintiffs shall not raise any new legal arguments, and shall only file the exhibits referenced in their opposition.  Defendants may, upon review of the exhibits, file a supplemental reply by April 15, 2008.

**IT IS SO ORDERED.**

Dated: April 7, 2008

MARIA-ELENA JAMES
United States Magistrate Judge