IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al., <br><br>    Plaintiff(s), <br><br>vs. <br><br>CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>    Defendant(s). | No. C 05-4812 MEJ <br><br>**ORDER RE: PLAINTIFFS' EXHIBITS** |

On April 7, 2008, the Court ordered Plaintiffs to file exhibits that are referenced in their summary judgment opposition by April 9. (Doc. #54.) Although the Court received a chambers copy of the exhibits on April 9, they were not e-filed, and the exhibits were not served on Defendants. Accordingly, the Court ORDERS Plaintiffs to **e-file and serve on Defendants** the exhibits by April 15 at 4:00 p.m. Defendants may, upon review of the exhibits, file a supplemental reply by April 21, 2008. If Plaintiffs fail to e-file and serve the exhibits in compliance with this Order, the Court shall not consider them.

**IT IS SO ORDERED.**

Dated: April 14, 2008

                                                      MARIA-ELENA JAMES <br>
                                                      United States Magistrate Judge