IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MONIQUE JUSTIN, individually, as successor to ANDRE MAURICE BROWN, et al.,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendant(s). | No. C 05-4812 MEJ<br><br>**ENTRY OF JUDGMENT** |

On May 5, 2008, the Court granted Defendants' motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 5, 2008

                                                MARIA-ELENA JAMES<br>
                                                United States Magistrate Judge